```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

DAVID OWEN                                              PLAINTIFF

    v.               Case No. 6:08-CV-6073

UNUM GROUP, INC.                                        DEFENDANT

## **J U D G M E N T**

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Defendant Unum Group's Motions for Summary Judgment (Doc. 15,18) are **GRANTED**. Plaintiff David Owen's Complaint is therefore **DISMISSED WITH PREJUDICE** with the parties to bear their own fees and costs. **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

IT IS SO ORDERED this 29th day of June, 2009.

                                          /s/ Robert T. Dawson
                                          Robert T. Dawson
                                          United States District Judge